```
                                                    FILED
                                                    JUL 15 2011
                                                    CLERK, U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF CALIFORNIA
                                                    BY_____
                                                         DEPUTY CLERK
```

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   KENDRA BERTSCHY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   JOSEPH R. JUAREZ
8

9

10                 IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14
   UNITED STATES OF AMERICA,   )   2:11-MJ-00164-DAD
15                             )
              Plaintiff,       )
16                             )   STIPULATION TO CONTINUE AND
        v.                     )   CHANGE OF PLEA AND ORDER
17                             )
   JOSEPH R. JUAREZ,           )
18                             )   Date:  August 9, 2011
              Defendant.       )   Time:  10:00 a.m.
19                             )   Judge: Hon. Dale A. Drozd
   _____)
20

21

22       IT IS HEREBY STIPULATED between the parties through their

23  respective counsel, Rachana N. Shah, Special Assistant United States

24  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25  attorney for JOSEPH R. JUAREZ, and Certified Student Attorney, Kendra

26  Bertschy, that the Court vacate the court trial on July 20, 2011 at

27  9:00 a.m. and set a change of plea hearing for August 9, 2011 at 10:00

28  a.m.

| | |
|---|---|
| 1 | Dated:  July 15, 2011 |
| 2 | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | |
| 4 | /s/ Linda C. Harter<br>LINDA C. HARTER<br>Chief Assistant Federal Defender |
| 5 | Attorney for Defendant<br>JOSEPH R. JUAREZ |
| 6 | |
| 7 | /s/ Kendra Bertschy<br>KENDRA BERTSCHY<br>Certified Student Attorney |
| 8 | |
| 9 | Dated:  July 14, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |

/s/ Rachana N. Shah
Rachana N. Shah
Special Assistant U.S. Attorney

IT IS SO ORDERED.
Dated: July 15, 2011

ORDER

DALE A. DROZ
United States Magistrate Judge

Name of Pleading                        -2-